# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSE WEISS, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAKOTA GROWERS PASTA CO., )<br>)<br>Defendant. ) | Case No. 0:13-cv-01946-SRN-TNL |

## JOINT NOTICE OF FILING OF SETTLEMENT AGREEMENT

Defendant Dakota Growers Pasta Company ("Dakota Growers"), and plaintiff Jesse Weiss, by their undersigned counsel, respectfully submit this Notice of Filing of Settlement Agreement in *Mirakay, et al. v. Dakota Growers, et al.*, Case No. 3:13-cv-04429-JAP-LHG (D. Minn.) ("*Mirakay*").

On April 3, 2014, the parties in this action and in *Mirakay* executed a settlement agreement ("Settlement Agreement") that will resolve both nationwide class actions if approved. On April 14, 2014, plaintiffs in *Mirakay* filed a Motion for Preliminary Settlement Approval in the District of New Jersey. *Mirakay* [D.E. 36]. Pursuant to the terms of the Settlement Agreement, if it is finally approved, plaintiff will voluntarily dismiss this action with prejudice.

Pending a decision on the Motion for Preliminary Settlement Approval, the parties respectfully request that the Court stay the Scheduling Order entered in this case [D.E. 33], pursuant to which plaintiff is required to file a motion for class certification on May 1, 2014. The parties will file a status report within ten days of the *Mirakay* court's ruling on the Motion for Preliminary Approval.

Dated: April 17, 2014                           Respectfully submitted,

*s/Joseph M. Price*
Joseph M. Price
Bar Number 88201
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
joseph.price@FaegreBD.com

Michael W. Davis (*admitted pro hac vice*)
T. Robert Scarborough (*admitted pro hac vice*)
Elizabeth M. Chiarello (*admitted pro hac vice*)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mdavis@sidley.com
tscarborough@sidley.com
echiarello@sidley.com

*Counsel for Defendant Dakota Growers Pasta Company, Inc.*


*s/ William B. Federman*
William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Counsel for Plaintiff Jesse Weiss*

2