# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jesse Weiss,                                         Case No. 13-CV-1946 (SRN/TNL)

      Plaintiff,

   v.                                                       **ORDER**

Dakota Growers Pasta Co.,

      Defendant.

---

The court having been advised by counsel for the parties of the status of this case [Doc. 37], and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The parties' request to stay this matter is GRANTED.

2. The parties shall file a joint status report within 10 days of the *Mirakay* court's ruling on the Motion for Preliminary Settlement Approval.

Dated: April 22, 2014

                                                                             s/Susan Richard Nelson
                                                                             SUSAN RICHARD NELSON
                                                                              United States District Judge