## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jesse Weiss, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>Dakota Growers Pasta Co.,<br><br>                      Defendant. | Case No. 0:13-cv-01946-SRN-AJB |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the Joint Notice of Final Approval [Dkt. 40], Plaintiff Jesse Weiss would advise the Court that two objectors filed appeals with the United States Court of Appeals for the Third Circuit relating to the final approval.  *See Dawn Weaver v. Dakota Growers*, United States Court of Appeals for the Third Circuit, Case No. 14-4420 and *David Mager v. Dakota Growers,* Case No. 14-4515.

On December 11, 2014, Dawn Weaver filed her Unopposed Motion for Voluntary Dismissal.  The Third Circuit issued its Order dismissing the Appeal on December 11, 2014 [Dkt. 92].

On December 12, 2014, David Mager filed his Motion to Voluntarily Dismiss Appeal.  The Third Circuit issued its Order dismissing the Appeal on December 12, 2014 [Dkt. 93].

Accordingly, Plaintiff, Jesse Weiss, hereby voluntarily dismisses this action with prejudice pursuant to the Settlement Agreement in *Mirakay, et al. v. Dakota Growers, et al.,* Case No. 3:13-cv-04429-JAP-LHG (D.N.J).

1

Dated:  December 15, 2014                                  Respectfully submitted,

                                                           FEDERMAN & SHERWOOD

                                                           /s/ William B. Federman
                                                           William B. Federman
                                                           10205 N. Pennsylvania Avenue
                                                           Oklahoma City, OK 73120
                                                           405-235-1560 *(telephone)*
                                                           405-239-2112 *(facsimile)*
                                                           wbf@federmanlaw.com

                                                           GREGG M. CORWIN & ASSOCIATE
                                                           LAW OFFICE, P.C.
                                                           Gregg M. Corwin, # 19033
                                                           1660 South Highway 100
                                                           508 East Parkdale Plaza Bldg.
                                                           St. Louis Park, MN 55416
                                                           952-544-7774 *(telephone)*
                                                           952-544-7151 *(facsimile)*
                                                           gcorwin@gcorwin.com

                                                           BRANHAM LAW GROUP, LLP
                                                           Charles W. Branham, III, #24012323
                                                           3900 Elm Street
                                                           Dallas, TX 75226
                                                           214-722-5990 *(telephone)*
                                                           214-722-5991 *(facsimile)*
                                                           tbranham@branhamlawgroup.com

                                                           *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                                                           /s/ William B. Federman
                                                           William B. Federman