# UNITED STATES DISTRICT COURT
## District of Minnesota

Jesse Weiss
*Individually and on Behalf of All Others Similarly Situated*

Plaintiff,

v.

Dakota Growers Pasta Co,
Dakota Growers Pasta Company, Inc.

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 13-cv-01946-SRN-TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:  the action is hereby dismissed with prejudice.

Date: 12/16/2014

RICHARD D. SLETTEN, CLERK

s/L. Sampson

(By)     L. Sampson, Deputy Clerk